IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| CAROL BURNETTE PICKETT, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV 02-H-0462-NE |
| STATE OF ALABAMA, *et al.*, | ) | |
| Defendants. | ) | |

ENTERED
MAY 1 9 2003

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 27, 2003, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted. 28 U.S.C. § 1915A(b)(1). The magistrate judge further recommended that the court decline to exercise supplemental jurisdiction over any state law claims the plaintiff may have plead in her complaint. 28 U.S.C. § 1367(c)(3). The plaintiff filed objections on April 22, 2003.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objection thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). A Final Judgment will be entered.

DATED this 19th day of MAY, 2003.

JAMES H. HANCOCK
SENIOR UNITED STATES DISTRICT JUDGE